UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY BENJAMIN PHILLIPS,<br><br>    Petitioner,<br><br>  v.<br><br>CRAIG KOENIG, Warden,<br><br>    Respondent. | Case No. CV 20-07612-JWH (PD)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY** |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the Report and adopts it as its own findings and conclusions.

      Further, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right or that it erred in its procedural ruling and, therefore, a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Accordingly, the Petition is dismissed without prejudice.

DATED: February 16, 2021

_____
JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE