JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY BENJAMIN PHILLIPS, | Case No. CV 20-07612-JWH (PD) |
| Petitioner, | |
| v. | **JUDGMENT** |
| CRAIG KOENIG, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ORDERED, ADJUDGED, and DECREED that the Petition is dismissed without prejudice.

DATED: February 16, 2021

JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE